UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NORMAN V. MEIER,<br><br>Defendant,<br><br>and<br><br>TREUHAND, INC., NORMAN MEIER INTERNATIONAL, INC. a/k/a NMI, INC., WINDECO CORPORATION, TEXXON OIL CORP., AND INTERNATIONAL FINANCIAL SERVICES, INC. a/k/a IFS, INC. a/k/a IFS, INC. d/b/a IRM, INC.,<br><br>Relief Defendants. | **Civil Action No. 24-12602-WGY** |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AS TO
<u>DEFENDANT AND RELIEF DEFENDANTS</u>**

Pursuant to Fed. R. Civ. P. 55, plaintiff Securities and Exchange Commission ("the Commission") hereby moves for entry of default as to defendant Norman V. Meier ("Meier") and relief defendants Treuhand, Inc. ("Treuhand"), Norman Meier International, Inc. ("Norman Meier International"), Windeco Corporation ("Windeco"), Texxon Oil Corp. ("Texxon"), and International Financial Services, Inc. ("International Financial Services") (together, the "Relief Defendants"). In support of this motion, the Commission states as follows:

1. The Commission filed its Complaint on October 11, 2024. Dkt. No. 1.

2. On October 16, 2024, a process server served Treuhand, through its registered agent, with a summons and copy of the Complaint. Dkt. No. 6. Treuhand's answer was therefore due by November 6, 2024. *Id*.

3. On October 18, 2024, a process server served Norman Meier International, through its registered agent, with a summons and copy of the Complaint. Dkt. No. 5. Norman Meier International's answer was therefore due by November 8, 2024. *Id*.

4. On October 24, 2024, a process server served Meier with a summons and copy of the Complaint. Dkt. No. 4. Meier's answer was therefore due by November 14, 2024. *Id.*

5. On October 28, 2024, a process server served Texxon, through its registered agent, with a summons and copy of the Complaint. Dkt. No. 8. Texxon's answer was therefore due by November 18, 2024. *Id.*

6. On November 6, 2024, a process server served International Financial Services, through Meier in his capacity as president of International Financial Services, with a summons and copy of the Complaint. Dkt. No. 9. International Financial Services' answer was therefore due by November 27, 2024. *Id.*

7. As to Windeco, on October 16, 2024, the Commission served the summons and Complaint upon its registered agent. Dkt. No. 7. The Commission subsequently received correspondence dated November 19, 2024 from Windeco's registered agent, stating that it was unable to make contact with Windeco. Ex. A. The Commission, however, also served the Windeco summons and a copy of the Complaint upon Meier on November 6, 2024, in Meier's capacity as Windeco's president, per Fed. R. Civ. P. 4(h)(1)(B). Ex. B. Windeco's answer was therefore due by November 27, 2024.

8. Further, despite having served registered agents for Treuhand, Norman Meier International, and Texxon, the Commission, in an abundance of caution, served Meier on

2

November 6, 2024 with summonses and the Complaint in his capacity as a corporate officer of those three entities.  See Ex. B.  All answers to the Complaint were therefore due by no later than November 27, 2024.

9. To date, neither Meier nor any of the Relief Defendants have filed an answer or other responsive pleading.

WHEREFORE, the Commission requests that default be entered by the clerk as to Meier, Treuhand, Norman Meier International, Windeco, Texxon, and International Financial Services.  Upon the clerk's entry of default, the Commission will move the Court for entry of default judgments pursuant to Fed. R. Civ. P. 55(b)(2).

Dated: January 7, 2025

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION
By its attorneys,

*/s/ Michael C. Moran*
Michael C. Moran (Mass. Bar No. 666885)
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA  02110
Phone:          (617) 573-8900
Facsimile:     (617) 573-4590
Email:           MoranMi@sec.gov
Direct phone: (617) 573-8931

## CERTIFICATE OF SERVICE

I, Michael C. Moran, hereby certify that on January 7, 2025, a true and correct copy of this document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case. In addition, the Commission will mail a copy of the document to defendant Meier and to the registered agents for Treuhand, Norman Meier International, and Texxon.

*/s/ Michael C. Moran*
Michael C. Moran