UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NORMAN V. MEIER,<br><br>Defendant,<br><br>and<br><br>TREUHAND, INC., NORMAN MEIER INTERNATIONAL, INC. a/k/a NMI, INC., WINDECO CORPORATION, TEXXON OIL CORP., AND INTERNATIONAL FINANCIAL SERVICES, INC. a/k/a IFS, INC. a/k/a IFS, INC. d/b/a IRM, INC.,<br><br>Relief Defendants. | Civil Action No. 1:24-12602-WGY |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENTS
AGAINST DEFENDANT AND RELIEF DEFENDANTS**

Pursuant to Fed. R. Civ. P. 55(b)(2), plaintiff Securities and Exchange Commission (the "Commission") hereby moves for entry of default judgments against defendant Norman Meier and against relief defendants Treuhand, Inc., Windeco Corporation, Texxon Oil Corp., and International Financial Services, Inc. (together, "Relief Defendants"). In support of this motion, the Commission submits the accompanying memorandum of law and declarations from William Donahue and Rory Alex. Also filed herewith are proposed Final Judgments as to Meier and each Relief Defendant.

WHEREFORE, the Commission respectfully requests that the Court enter the proposed Final Judgments against Meier and the Relief Defendants.

Dated: February 25, 2025

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION
By its attorneys,

/s/ Michael C. Moran
Michael C. Moran (Mass. Bar No. 666885)
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA  02110
Phone:          (617) 573-8900
Facsimile:      (617) 573-4590
Email:          MoranMi@sec.gov
Direct phone:  (617) 573-8931

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

The undersigned was unable to confer with Meier or the Relief Defendants because they are not represented in this matter. Nor has Meier or any Relief Defendant responded to the Commission's motion for entry of defaults or the Court's mailing of default notice to Meier.

## CERTIFICATE OF SERVICE

I, Michael C. Moran, hereby certify that on February 25, 2025, a true and correct copy of this document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case. In addition, the Commission will mail a copy of the document to defendant Meier and to the registered agents for Treuhand and Texxon.

/s/ Michael C. Moran
Michael C. Moran